**G GRASSO LAW FIRM, P.C.**

2250 East Germann Road, Suite 10
Chandler, Arizona  85286
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
rgrasso@grassolawfirm.com
   Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Hosler; Matthew Lee, and Jana Zimmerman, individuals,<br><br>                Plaintiffs,<br><br>vs.<br><br>Community Bridges, Inc., an Arizona Corporation,<br><br>                Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**<br><br>**(FEDERAL QUESTION)** |

To:    Clerk of the above-entitled Court

**PLEASE TAKE NOTICE** that Defendant, by and through undersigned counsel, hereby removes to this Court the state court action described below.

1.      On September 8, 2020, an action was commenced in the Superior Court of the State of Arizona in and for the County of Maricopa, entitled *Hosler, et al. v. Community Bridges, Inc.*, which is case number CV2020-055015.

2.      On September 10, 2020, Defendant both waived and received service of Plaintiffs' Summons, Complaint, and Certificate of Compulsory Arbitration.

3.      In accordance with 28 U.S.C. § 1446(a) and LRCiv 3.6(a), the most recent version of the docket from the State Court and all pleadings and other documents filed in State Court are attached hereto as Exhibit A.

4.    In accordance with LRCiv 3.6(b), undersigned counsel hereby verifies that Exhibit A contains true and complete copies of all pleadings and other documents filed in the State Court proceeding.

5.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441 in that Plaintiff's Complaint arises under federal law, 29 U.S.C. section 215(a)(3), and Title VII of the Civil Rights Act of 1964, 42 U.S.C. section 2000e-3(a).

6.    In accordance with LRCiv 3.6(a), a copy of this Notice has been filed with the Clerk of the Maricopa County Superior Court.

RESPECTFULLY SUBMITTED this 9th day of October, 2020.

**GRASSO LAW FIRM, P.C.**

By    s/Robert Grasso, Jr.
Robert Grasso, Jr.
2250 East Germann Road, Suite 10
Chandler, Arizona  85286
Attorneys for Defendant

2