**GRASSO LAW FIRM, P.C.**
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Robert J. Lydford, Bar No. 030649
N. Patrick Hall, Bar No. 023246
rgrasso@grassolawfirm.com
rlydford@grassolawfirm.com
phall@grassolawfirm.com
   Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Hosler; Matthew Lee, and Jana Zimmerman, individuals, | Case No. 2:20-CV-01963-SPL |
| Plaintiffs, | |
| vs. | **JOINT REPORT ON SETTLEMENT TALKS** |
| Community Bridges, Inc., an Arizona Corporation, | |
| Defendant. | |

Pursuant to the Court's Case Management Order (Doc. 16) and Order Granting Extension of Deadlines (Doc. 46), the Court ordered that all parties and their counsel meet and engage in good faith settlement talks by no later than January 10, 2022. The Court also ordered the parties to submit a joint report on settlement talks no later than five working days after the deadline (January 18, 2022).

Defendant Community Bridges, Inc. circulated a proposed Joint Report on Settlement Talks to Plaintiffs for Plaintiffs review by e-mail on January 10, 2022. Plaintiffs have approved the Joint Report.

In an effort to comply with the Court's Case Management Order, the parties submit this report to advise the Court that the good faith settlement talks took place via Zoom on Friday, January 7, 2022. Plaintiffs (with their counsel Marco Costa, Esq.) and a representative of Defendant Community Bridges, Inc. appeared for the settlement talks

along with Community Bridges, Inc.'s counsel Robert Lydford Esq. The talks did not resolve the case. The parties do not need assistance from the Court for any further settlement-related discussions.

RESPECTFULLY SUBMITTED this 13th day of January, 2022.

**GRASSO LAW FIRM, P.C.**


By    /s/Robert J. Lydford
Robert Grasso, Jr.
Robert J. Lydford
N. Patrick Hall
2250 East Germann Road, Suite 10
Chandler, Arizona  85286
   Attorneys for Defendant